UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWANTA J. LAMBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>V. VITALE, et al.,<br><br>  Defendants. | No. 2:16-cv-2571 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to submit documents for service of process, pursuant to the order of this court filed October 31, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 11, is granted; and

2. On or before January 11, 2019, plaintiff shall submit the documents necessary for service of process.

DATED: November 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE