# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWANTA J. LAMBERT, | No. 2:16-cv-2571 AC P |
| Plaintiff, | |
| v. | ORDER |
| V. VITALE, et al., | |
| Defendants. | |

In response to plaintiff's request for status filed April 15, 2019, see ECF No. 20, plaintiff is informed of the following. The docket sheet in this case demonstrates that all of the defendants filed waivers of service as well as the pending motion to dismiss, which seeks dismissal of plaintiff's state law claims only. Plaintiff is directed to the court's order filed March 29, 2019 (entitled "Order Referring Case to Post-Screening ADR Project and Staying Case for 120 Days"), which directs plaintiff to notify the court within thirty (30) days whether he wishes to participate in the settlement conference in this case in person or by videoconference, if available. See ECF No. 19.

IT IS HEREBY ORDERED that the Clerk of Court is directed to send to plaintiff, together with a copy of this order, a copy of the full docket sheet in this action.

DATED: April 16, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE