UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWANTA J. LAMBERT,<br><br>        Plaintiff,<br><br>   v.<br><br>V. VITALE, et al.,<br><br>        Defendants. | No. 2:16-cv-2571 AC P<br><br><br>ORDER |

Plaintiff Jawanta Lambert states that he is unable to meet the deadline for submitting a settlement conference statement to this court and to opposing counsel, as directed by orders filed March 29, 2019 and May 8, 2019, because he has been denied access to the law library at California State Prison Corcoran (CSP-COR). See ECF No. 24. Plaintiff is scheduled to be transported to the United States District Court for the Eastern District of California in Sacramento to participate in a settlement conference next Wednesday, on July 17, 2019. See ECF No. 23. Plaintiff's settlement statement is due seven (7) days before, by July 10, 2019. ECF Nos. 19, 22. This order extends that deadline and requests that the CSP-COR Litigation Coordinator facilitate plaintiff's immediate access to the prison law library and provide for the priority mailing of plaintiff's settlement statement to both the court and opposing counsel.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The CSP-COR Litigation Coordinator is requested to facilitate plaintiff's immediate access to the prison law library for the purpose of preparing and making two copies of his settlement statement in this case.

2. The CSP-COR Litigation Coordinator is further requested to ensure the priority mailing of plaintiff's settlement statement to both the court and opposing counsel.

3. The deadline for receiving plaintiff's settlement statement is extended to Friday, July 12, 2019.

4. In addition to conventionally serving this order, the Clerk of Court is directed to immediately fax a copy of this order to the CSP-COR Litigation Coordinator, and to so inform the Coordinator by telephone.

SO ORDERED.

DATED: July 9, 2019.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE