1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MATTHEW ROSS WILSON, State Bar No. 236309
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7313
6   Fax: (916) 324-5205
    E-mail: Matthew.Wilson@doj.ca.gov
7  *Attorneys for Defendant*
   *McCain, Carrington, and Vitale*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAWANTA J. LAMBERT,** | 2:16-cv-2571 AC (PC) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CARRINGTON; [PROPOSED] ORDER** |
| v. | |
| **V. VITALE, et al.,** | |
| Defendant. | |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jawanta J. Lambert and the Defendants stipulate to the dismissal with prejudice of Defendant Carrington from this action. See ECF No. 39.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff and Defendant Carrington shall bear their own litigation costs and attorney's fees.

It is so stipulated.

Dated: November __, 2019

---
Jawanta J. Lambert
*Plaintiff Pro Se*

Dated: November __, 2019                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendants
McCain, Carrington, and Vitale*

## ORDER

Based on the parties' stipulation, Defendant Carrington is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: November 18, 2019                    *[signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE