Xavier Becerra, State Bar No. 118517
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Matthew Ross Wilson, State Bar No. 236309
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7313
 Fax: (916) 324-5205
 E-mail: Matthew.Wilson@doj.ca.gov
*Attorneys for Defendants*
*McCain and Vitale*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAWANTA J. LAMBERT,**<br><br>         Plaintiff,<br><br> v.<br><br>**V. VITALE, et al.,**<br><br>         Defendant. | 2:16-cv-2571 AC (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); (~~PROPOSED~~) ORDER** |

 Plaintiff Jawanta J. Lambert and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). <u>See</u> ECF No. 40.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear its own litigation costs and attorney's fees. There is no prevailing party in this action.

It is so stipulated.

Dated: November __, 2019

_____
Jawanta J. Lambert
*Plaintiff Pro Se*

Dated: November __, 2019                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendants
McCain and Vitale*

# ORDER

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE